# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **ELECTRONIC PAYMENT PROVIDERS, INC. d/b/a BILLINGTREE,** | ) ) ) | **Civil Action No. 3:16-CV-799-RJC-DSC** |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER OF ATTACHMENT** |
| **S&R MANAGEMENT GROUP, LLC d/b/a A&D GROUP, KEVIN SUGG, and JOHN SUGG,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

**TO:    THE SHERIFF OF MECKLENBURG COUNTY**

Plaintiff Electronic Payment Providers, Inc. d/b/a BillingTree ("BillingTree") has commenced and is pursuing the above-captioned action against Defendants S&R Management Group, LLC d/b/a A&D Group, Kevin Sugg, and John Sugg. BillingTree has filed an affidavit for the attachment of Defendants' property with this Court, and it has been made to appear to the satisfaction of this Court that the allegations of the affidavit are true and that grounds for attachment are present. As required by statute, an attachment bond in the amount of $200.00, which amount was determined by this Court, will be executed and delivered to this Court.

NOW, THEREFORE, you are directed to attach and keep safe all property located in Mecklenburg County, North Carolina, owned by one or more of Defendants S&R Management Group d/b/a A&D Group, Kevin Sugg, and John Sugg, or in which one or more Defendants holds an interest.

After service, you are further directed to make return of this Order to the Clerk of this Court pursuant to N.C. Gen. Stat. § 1-440.16.

**SO ORDERED**.

Signed: March 13, 2017

David S. Cayer
United States Magistrate Judge