# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ELECTRONIC PAYMENT PROVIDERS, INC. d/b/a BILLINGTREE, <br><br> Plaintiff, <br><br> v. <br><br> S&R MANAGEMENT GROUP, LLC d/b/a A&D GROUP, KEVIN SUGG, and JOHN SUGG, <br><br> Defendants. | Civil Action No. 3:16-CV-799-RJC-DSC <br><br> ORDER |

**THIS MATTER** is before the Court following filing of Plaintiff's "Affidavit of Christopher D. Tomlinson Regarding Expenses" (document #20).

On May 18, 2017, the Court granted Plaintiff's Motion to Compel Discovery (document #16).  See "Order" (document #18) (also ordering Plaintiff to "file an affidavit of its reasonable expenses incurred in making this Motion, including attorneys' fees").

On May 23, 2017, Defendants filed a "Response to Show Cause Order" (document #19).

On May 24, 2017, Plaintiff filed its Affidavit.  Having carefully considered the Affidavit, Defendants' "Response …," the record, and authorities, the Court finds that Plaintiff has incurred $4,387.50 in reasonable expenses, including attorneys' fees, in making its Motion to Compel.

**IT IS THEREFORE ORDERED** that Defendants and Defendants' counsel are jointly liable for and shall immediately pay to Plaintiff the amount of $4,387.50, representing Plaintiff's reasonable expenses incurred in making its Motion to Compel, including attorneys' fees.

**SO ORDERED**.

Signed: June 13, 2017

David S. Cayer
United States Magistrate Judge