UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00799-RJC-DSC

| | |
|---|---|
| Electronic Payment Providers, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>JOHN SUGG )<br>S&R MANAGEMENT GROUP, LLC )<br>KEVIN SUGG, )<br>)<br>Defendants. ) | |

**THIS MATTER** comes before the Court on Electronic Payment Providers, Inc.'s Consent Motion for Entry of Judgment, (Doc. No. 33). The parties come before the Court to stipulate and consent that judgment be entered against Defendants S&R Management Group, LLC d/b/a A&D Group, Kevin Sugg, and John Sugg, joint and severally, in favor of Plaintiff Electronic Payment Providers, Inc. d/b/a Billing Tree on the First, Second, Third, and Sixth Causes of Action asserted by Plaintiff in its Complaint filed on November 18, 2016.

Defendants consent to a judgment against them, joint and severally, in the amount of FIVE HUNDRED SEVENTY-SEVEN THOUSAND THREE HUNDRED TWENTY-SIX DOLLARS ($577, 326.00). The parties agree that interest will accrue on this amount at the legal rate of 8.00% per annum from the date of this judgment until paid.

**IT IS, THEREFORE, ORDERED** that:

1. Judgment is hereby entered against Defendants, jointly and severally, and in favor of Plaintiff on the First (Breach of Contract), Second (Conversion), Third (Fraud), and Sixth (Conspiracy) Causes of Action asserted in the Complaint;

2. Plaintiffs shall recover FIVE HUNDRED SEVENTY-SEVEN THOUSAND THREE HUNDRED TWENTY-SIX DOLLARS ($577,326.00) in judgment against Defendants jointly and severally plus interest at the legal rate of 8.00% per annum from the date of this judgment until paid;

3. Any claims raised in this litigation not referenced herein are rendered moot, are hereby dismissed, and the Court considers this action concluded; and

4. The Clerk of Court is directed to close this case

Signed: December 21, 2017

Robert J. Conrad, Jr.
United States District Judge