# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CIVIL CASE NO. 3:16 –cv- 799

Electronic Payment Providers, Inc.,

V

S&R Management Group, LLC.

## ORDER

**THIS MATTER** is before the Clerk by the request of the Financial Administrator to return the $200.00 bond deposited with the Clerk by Electronic Payment Providers, Inc., on March 14, 2017.

This case was closed on December 21, 2017, in accordance with the court's "Order" [Doc. 34] and the "Clerk's Judgment" of December 21, 2017.

**IT IS, THEREFORE, ORDERED,** that the Financial Administrator return the $200.00 bond to Electronic Payment Providers, Inc.

**IT IS SO ORDERED this 5th day of April, 2018.**

Signed: April 5, 2018

Frank G. Johns, Clerk
United States District Court